## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00841-PAB-BNB

DONALD E. FYMBO,

    Plaintiff,

v.

THE CITY AND COUNTY OF DENVER, COLORADO,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 28] of United States District Judge Philip A. Brimmer entered on December 17, 2014, it is

**ORDERED** that the Recommendation of United States Magistrate Judge [Docket No. 25] is **ACCEPTED**.  It is further

**ORDERED** that the City and County of Denver's Motion to Dismiss [Docket No. 11] is **GRANTED**.  It is further

**ORDERED** that judgment is hereby entered in favor of defendant the City and County of Denver and against plaintiff Donald E. Fymbo.  It is further

**ORDERED** that defendant is **AWARDED** its costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is further

**ORDERED** that this case is dismissed in its entirety.

Dated at Denver, Colorado this 17th day of December, 2014.

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

                s/Jennifer Hawkins

                Jennifer Hawkins
                Deputy Clerk